IN THE SUPREME COURT OF TEXAS

 No. 06-0178

 FOREST OIL CORPORATION AND DANIEL B. WORDEN, PETITIONERS,

 v.

 JAMES ARGYLE MCALLEN, EL RUCIO LAND AND CATTLE COMPANY, INC., SAN JUANITO
 LAND PARTNERSHIP, AND MCALLEN TRUST PARTNERSHIP, RESPONDENTS

 On Petition for Review from the Court of Appeals for the
 Thirteenth District of Texas

ORDERED:

 1. Relator Forest Oil's petition for writ of prohibition, filed in
07-0688, is consolidated with the instant proceeding, cause number 06-0178.

 2. The Court, on consideration of the arguments made by the parties
in the petition and response filed in 07-0688, and treating the request
therein as in substance a motion for a temporary relief in cause number 06-
0178, stays all trial court proceedings in Cause No. C-203-05-D, styled
Juan Luis Longoria, Melecio Longoria, Juan Luis Longoria, Jr., Alejandro
DeLeon-Casillas, James Argyle McAllen, James Argyle McAllen, Jr., El Rucio
Land and Cattle Company, Inc., San Juanito Land Partnership, Ltd., McAllen
Trust Partnership, and John R. Willis Management, Ltd. v. Forest Oil
Corporation, Daniel B. Worden, and ConocoPhillips Company in the 206th
District Court in Hidalgo County, pending further order of this Court. See
Tex. R. App. Proc. 29.3 and 29.4.
 2. The petition for writ of prohibition in Cause No. 07-0688 is
otherwise dismissed as moot.
 3. The cause on petition for review in Cause No. 06-0178 remains
 pending before this Court.

 Done at the City of Austin, this November 02, 2007.
 [pic]
 Blake A. Hawthorne, Clerk
 Supreme Court of Texas

 By Claudia Jenks, Chief Deputy Clerk